IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 17-448-1 |
| | : | |
| HENRY GIBBS | : | |

**ORDER**

**AND NOW**, this 19th day of September, 2024, upon consideration of Defendant Henry Gibbs's "Motion for Release of Passport" (Docket No. 162), and the Government having advised the Court that it does not oppose the Motion, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Defendant Henry Gibbs may pick up his returned passport from the Eastern District of Pennsylvania's Clerk's Office.

BY THE COURT:


 /s/ John R. Padova_____
John R. Padova,      J.